UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-61942-BLOOM/Valle**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 260-FOOT, 1,973-TON, STEEL-CARGO
FREIGHTER, REGISTERED IN TANZANIA
AND BUILT IN 1977, KNOWN AS
"M/V DORIS T," IDENTIFIED BY IMO
NUMBER 7626748, OFFICIAL NUMBER
400335, CALL SIGN 5IM-730,
AND ITS EQUIPMENT,

    Defendant *In Rem*.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **October 15, 2019**, at **10:00 a.m.** with Ellen Leesfield at 201 Alhambra Circle, Suite 1205, Coral Gables, Florida 33134. On or before **October 18, 2019**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on September 19, 2019.

                                                                                                   **BETH BLOOM**
                                                                                                **UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-61942-BLOOM/Valle

Copies to:

Counsel of Record